**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DAVID G. HAMILTON and ALEXANDRA L. HAMILTON | : : : | CIVIL ACTION NO. 18-5417 |
| v. | : : | (Bankr. No. 16-18326) (Adversary No. 17-00199) |
| PENNSYLVANIA HOUSING FINANCE AGENCY, Homeowners Emergency Mortgage Assistance Program | : : : : | |

## ORDER

**NOW,** this 5th day of March, 2020, upon consideration of the briefs of the parties and after review of the record, it is **ORDERED** that the Order of the Bankruptcy Court dated November 30, 2018, is **AFFIRMED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.